**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: June 26, 2009
Court Reporter:     Paul Zuckerman

Civil Action No. 09-cv-00253-MSK-MEH

_Parties_:                                             _Counsel Appearing:_

LYNN EGAN,                                             Thomas Neville

        Plaintiff,

v.

WELLS FARGO & COMPANY, and                             Tracy Ashmore
WELLS FARGO BANK, N.A.,                                Mimi Wu

        Defendants.

---

**COURTROOM MINUTES**

---

HEARING:   Motions

**3:16 p.m.       Court in session.**

The Court addresses plaintiff's Motion to Stay (**Doc. #13**), defendant's Motion to Supplement (**Doc. #16**), and the conditional transfer order that is pending..

Statements from Mr. Neville and Ms. Ashmore.

**ORDER:**       Plaintiff's Motion to Stay (**Doc. #13**) is **DENIED,** defendant's Motion to Supplement (**Doc. #16**) is **GRANTED.**

**3:21 p.m.       Court in recess.**

**Total Time:   5  minutes.
Hearing concluded.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2